**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **RIGOBERTO T. CHUB CUC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-683-KC** |
| | § | |
| **WARDEN ERO EL PASO CAMP** | § | |
| **EAST MONTANA FACILITY et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On March 23, 2026, Eugenia Cuc Caal filed an Amended Petition for Writ of Habeas Corpus, ECF No. 6, on behalf of her son, Rigoberto T. Chub Cuc, alleging that he is unlawfully held in immigration custody.  On March 25, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted.  Mar. 25, 2026, Order, ECF No. 7.

On April 1, Respondents filed a Response, ECF No. 9, arguing that the Court should deny the Petition because, on March 30, "Petitioner has agreed to voluntarily depart the United States under safeguards pursuant to 8 U.S.C. § 1229c." *Id.* at 1.  As a result, Chub Cuc is "required to leave the United States by May 14, 2026, or the order automatically converts into an order of removal." *Id.*  And, because the Immigration Judge granted Chub Cuc's voluntary departure under safeguards, "DHS is entitled to keep [him] detained pending his removal from the United States." *Id.* at 1–2.

Accordingly, the Court **ORDERS** that Cuc Caal shall **FILE** a reply to Respondents' Response, **<u>by no later than April 27, 2026</u>**, stating Chub Cuc's position as to whether he is still entitled to relief now that he has agreed to voluntary departure.

**SO ORDERED**.

**SIGNED this 6th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2